[If you need additional space for ANY section, please attach an additional sheet and reference that section.]




# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Dexter Saffold )
_____ )
Plaintiff(s), )
v. Papa Johns Pizza )
_____ )
Defendant(s). )

1:18-cv-07548
Judge Gary Feinerman
Magistrate Judge Susan E. Cox

**RECEIVED**
NOV 14 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Dexter Saffold of the county of Chicago, Cook in the state of IL 60637.

3. The defendant is Papa Johns Pizza, whose street address is 2640 N. Clark St.,
(city) Chicago (county) Cook (state) IL (ZIP) 60614
(Defendant's telephone number) (773) - 281-7272

4. The plaintiff sought employment or was employed by the defendant at (street address)
2640 N. Clark St. (city) Chicago
(county) Cook (state) IL (ZIP code) 60614

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) 10 , (day) 07 , (year) 2018 .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒ *has* ☐ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☒ the United States Equal Employment Opportunity Commission, on or about

            (month) 10 (day) 15 (year) 2018 .

        (ii) ☐ the Illinois Department of Human Rights, on or about

            (month)_____ (day)_____ (year)_____ .

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☒ Yes (month) october (day) 7 (year) 2018

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day) _____ (year) _____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☒ Yes ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☒ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☒ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.

    (b) ☒ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☒ failed to reasonably accommodate the plaintiff's religion.

    (e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ failed to stop harassment;

    (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Due my Disability I was not allowed to take a lunch Break. I was Work over 8 hr. on Some days.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I reached out to my manager Gurra manager and corpora in trying to obtain the software Jaws for the computers to assist me with Reding and talking orders. My request was denied they meaning the area manager told that Papa Johns will not used Jaws.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☒ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☒ Direct the defendant to (specify): Jaws

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

Dexter Saffold
(Plaintiff's signature)

Dexter Saffold
(Plaintiff's name)

737 E 69th St Apt 304
(Plaintiff's street address)

(City) Chicago (State) IL (ZIP) 60637

(Plaintiff's telephone number) (312) - ~~502 4802~~ 752-5417

Date: _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2019-00180 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) **Dexter Saffold** | Home Phone (Incl. Area Code) **(312) 752-5417** | Date of Birth **1961** |
|---|---|---|

Street Address: **737 East 69th Street, #304, Chicago, IL 60637**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name **PAPA JOHN'S PIZZA** | No. Employees, Members **15 - 100** | Phone No. (Include Area Code) **(773) 281-7272** |
|---|---|---|

Street Address: **2640 N. Clark Street, Chicago, IL 60614**

RECEIVED EEOC
OCT 15 2018
CHICAGO DISTRICT OFFICE

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: **10-07-2018**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about September 21, 2018. My most recent position was Delivery Driver. Respondent is aware of my disability. During my employment, I requested a reasonable accommodation which was not provided. Subsequently, I was discharged.

I believe I have been discriminated against because of my disability, and in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Oct 15, 2018 — *[signature: Dexter Saffold]*
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

# Social Security Administration

Date: June 4, 2018
BNC#: 18BC795A19687
REF: A ,DI


001939 1 MB 0.424 P002 T0004 LTR BEV 0604

DEXTER SAFFOLD
737 E 69TH ST APT 304
CHICAGO IL 60637-4165

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2017, the full monthly Social Security benefit before any deductions is $ 1254.30.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 1254.00.
(We must round down to the whole dollar.)

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

## Date of Birth Information

The date of birth shown on our records is March 26, 1961.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning July 2004.

You are entitled to medical insurance under Medicare beginning July 2004.

Your Medicare number is 4TG1-CN4-KM03. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

**If You Have Questions**

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 877-402-0824. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

        SOCIAL SECURITY
        6338 S COTTAGE GROVE
        CHICAGO, IL 60637

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*



# Your New Benefit Amount

**BENEFICIARY'S NAME:** DEXTER SAFFOLD

Your Social Security benefits will increase by 2.0% in 2018 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

## How Much Will I Get And When?

- Your monthly amount (before deductions) is     $1,254.00
- The amount we deduct for Medicare medical insurance is     $0.00
  (If you did not have Medicare as of November 17, 2017, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is     $0.00
  (We will notify you if the amount changes in 2018. If you did not elect withholding as of November 1, 2017, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is     $0.00
  (If you did not elect voluntary tax withholding as of November 17, 2017, we show $0.00.)
- After we take any other deductions, you will receive     $1,229.00

on or about January 3, 2018.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at ***www.godirect.org*** online.

## What If I Have Questions?
- Visit our website at ***www.socialsecurity.gov***.
- Call us toll-free at **1-800-772-1213** (TTY **1-800-325-0778**).



**The Chicago Lighthouse**
for People Who Are Blind
or Visually Impaired

To Whom It May Concern:

___Dexter Sayfield___ was evaluated at The Chicago Lighthouse Low Vision Rehabilitation Clinic on ___11/29/11___. ___He___ has an ocular diagnosis of ___Glaucoma___.

The best corrected visual acuities are:

Right eye ___5/200___
Left eye ___5/60___

The extent of remaining visual fields are:

Right eye ___< 5°___
Left eye ___< 5°___

This ocular condition is:

Permanent ___✓___
Temporary _____

This qualifies this individual as someone who is Visually Impaired. Please provide this individual with any benefits/accommodations due to their Legally Blind status.

Should you have any questions, please do not hesitate to contact our office at 312.997.3683.

_____
Optometrist

___M6.009520___
License number

1850 West Roosevelt Road • Chicago, Illinois 60608-1288 • Tel 312-666-1331 • Fax 312-243-8539
TDD 312-666-8874 • www.thechicagolighthouse.org • Please remember the Chicago Lighthouse in your will.