UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dexter Saffold

                    Plaintiff,

v.                                                           Case No.: 1:18−cv−07548
                                                             Honorable Gary Feinerman

Papa Johns Pizza, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 4, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion asking the Court not to close the case [36] is denied. The case is administratively closed pending the arbitration. Motion hearing set for 6/10/2019 [37] is stricken. That said, Defendant shall file a memorandum by 6/17/2019 regarding the current status of the arbitration.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.